GREYHOUND LINES, INC. *v.* UNITED STATES
ET AL.

No. 555.  Decided December 4, 1967.

*Amos Mathews* and *Robert J. Bernard* for appellant.

*Solicitor General Griswold, Assistant Attorney General Turner, Howard E. Shapiro, Robert W. Ginnane* and *Raymond M. Zimmet* for the United States et al., and *John L. Arrington, Jr.,* for Missouri, Kansas & Oklahoma Coach Lines, appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.